# Exhibit 2

Method Claim: 5

| US12300366B2 | Axis Camera Station AXIS D3110 ("The accused product") |
| --- | --- |
| 5. A method for managing information captured by a camera located at a user premises, the method comprising: | The accused product practices a method for managing information (e.g., video recordings, etc.) captured by a camera (e.g., the accused product) located at a user premises (e.g., Retail stores, hotels, schools and manufacturing industries, etc.).<br><br>As shown below, the accused product is a surveillance camera that can be installed at a user's premises such as Retail stores, hotels, schools and manufacturing industries, etc. It captures video through motion detection and continuous monitoring. Further, the accused product allows users to manage the captured recordings through the Axis Mobile viewing app by using features such as export, deletion, etc.<br><br> |

https://www.axis.com/products/axis-camera-station-5#support-and-resources

AXIS Camera Station is a video management and access management  software especially developed to fit a wide range of installations. Retail stores, hotels, schools and manufacturing industries are just some of the companies that enjoy full control and protection of their premises and can quickly take care of incidents.

information captured by a camera located at a user premises

## Powerful and simple to operate

AXIS Camera Station is powerful and easy to use with an intuitive interface so anyone can manage the system, handle incidents and quickly export high-definition evidence. AXIS Camera Station matches our other network video products and features to offer you a complete, flexible, safe and reliable system. To make it easy to get started AXIS Camera Station comes preloaded on our wide range of **network video recorders**.



https://www.axis.com/products/axis-camera-station-5#support-and-resources



camera located at a user premises

## Video surveillance and more

With AXIS Camera Station you can do more than manage your cameras and control building access. It is easy to add features like **network speakers** to communicate with staff and deter intruders, **network intercoms** for audiovisual identification and remote entry control, **body worn solutions** for private security and law enforcement, **analytics** to improve operator efficiency, **radar** to follow intruders and **strobe sirens** for safety and deterrence. Axis Camera Station is upgraded with new possibilities all the time to better protect your premises and make your life easier.

https://www.axis.com/products/axis-camera-station-5#support-and-resources



information captured by a camera located at a user premises

## Easy and efficient investigations with Smart search 2

**Smart search 2** comes with an intuitive search interface making it possible for any user to quickly search through video material to find persons and vehicles of interest. It is powered by motion object data from the Axis camera, which can be further processed using machine- and deep-learning methods to quickly classify objects such as people, cars, trucks and bicycles. The Smart search 2 function works with most Axis IP cameras and no extra hardware and software is needed.

https://www.axis.com/products/axis-camera-station-5#support-and-resources



## Mobile viewing app for remote monitoring

Axis Mobile viewing app makes it easy to keep up with events from the surveillance site even from other locations. It offers easy access to multiple systems and other features such as live view with selectable streaming profiles, timeline visualization of recorded events, snapshots in live view and playback, real-time notifications as well as control of Axis intercoms.

https://www.axis.com/products/axis-camera-station-5#support-and-resources

| | |
|---|---|
| | **About the cloud storage**<br><br>AXIS Camera Station Cloud Storage is an add-on service complementing AXIS Camera Station Edge and AXIS Camera Station Pro installations, offering the ability to safely store and manage your video recordings in the cloud.<br><br>**Get started**<br><br>Before you start, make sure you meet these requirements:<br><br>● You have AXIS Camera Station Pro or Edge set up on your system.<br><br>● Your network provides internet access and is configured with a DNS server so the cameras can connect online.<br><br>● Your AXIS Camera Station Pro server or devices in AXIS Camera Station Edge are registered to connected services.<br><br>● Your cameras run AXIS OS 11.11.73 or later. Find out which products are compatible on our Product compatibility page.<br><br>https://help.axis.com/en-us/axis-camera-station-cloud-storage |
| storing a trigger setting for a camera device at the user premises, wherein the trigger setting is for detecting, via the camera device, an event at the user premises, and | The accused product practices storing a trigger setting (e.g., Secure remote access systems settings) for a camera device (e.g., the accused product) at the user premises (e.g., Retail stores, hotels, schools and manufacturing industries, etc.), wherein the trigger setting (e.g., Secure remote access systems settings) is for detecting (e.g., detecting a motion), via the camera device (e.g., the accused product), an event (e.g., motion is detected) at the user premises (e.g., Retail stores, hotels, schools and manufacturing industries, etc.), and wherein the camera device (e.g., the accused product) is configured to communicate via at least one of a wide area network (e.g., internet) or a local area network.<br><br>As shown below, the accused product is a surveillance camera that can be installed at a user's premises, such as Retail stores, hotels, schools and manufacturing industries, etc. It captures |

| | |
|---|---|
| wherein the camera device is configured to communicate via at least one of a wide area network or a local area network,<br><br>**Col 47: lines 21-29**<br><br>*The gateway appliance supports an event builder process to further automate the home by enabling detection of an "event" that enables/disables the activity of a device. Example events may include, but are not limited to: rain threshold exceeded, an alarm going off,* | video through motion detection and continuous monitoring. Further, the accused product allows users to configure trigger settings such as Secure remote access systems settings in the Axis Mobile viewing app. When a motion or presence is detected, the accused product detects and sends notifications to the user over the internet based on the configured trigger settings.<br><br><br><br>https://www.axis.com/products/axis-camera-station-5#support-and-resources |

| | |
|---|---|
| *or motion detected by the motion sensor. For example, a trigger maybe set to turn off the sprinkler system if a "rain level exceeded" event occurs. Another example is to record a video snapshot if a motion detector event is received.* |  **Video surveillance and more** With AXIS Camera Station you can do more than manage your cameras and control building access. It is easy to add features like **network speakers** to communicate with staff and deter intruders, **network intercoms** for audiovisual identification and remote entry control, **body worn solutions** for private security and law enforcement, **analytics** to improve operator efficiency, **radar** to follow intruders and **strobe sirens** for safety and deterrence. Axis Camera Station is upgraded with new possibilities all the time to better protect your premises and make your life easier. https://www.axis.com/products/axis-camera-station-5#support-and-resources  **Mobile viewing app for remote monitoring** Axis Mobile viewing app makes it easy to keep up with events from the surveillance site even from other locations. It offers easy access to multiple systems and other features such as live view with selectable streaming profiles, timeline visualization of recorded events, snapshots in live view and playback, real-time notifications as well as control of Axis intercoms. https://www.axis.com/products/axis-camera-station-5#support-and-resources As shown below, the accused product allows users to configure trigger settings such as Secure remote access systems settings in the Axis Mobile viewing app. |



https://youtu.be/RsG2Gc5o9iE



https://youtu.be/RsG2Gc5o9iE



https://youtu.be/RsG2Gc5o9iE



wherein the trigger setting is for detecting, via the camera device, an event at the user premises

https://youtu.be/RsG2Gc5o9iE

| | |
|---|---|
| | **About the cloud storage**<br><br>AXIS Camera Station Cloud Storage is an add-on service complementing AXIS Camera Station Edge and AXIS Camera Station Pro installations, offering the ability to safely store and manage your video recordings in the cloud.<br><br>**Get started**<br><br>Before you start, make sure you meet these requirements:<br><br>● You have AXIS Camera Station Pro or Edge set up on your system.<br><br>● Your network provides internet access and is configured with a DNS server so the cameras can connect online.<br><br>● Your AXIS Camera Station Pro server or devices in AXIS Camera Station Edge are registered to connected services.<br><br>● Your cameras run AXIS OS 11.11.73 or later. Find out which products are compatible on our Product compatibility page.<br><br>https://help.axis.com/en-us/axis-camera-station-cloud-storage |
| enabling a user to<br><br>(1) control storage of at least a portion of data acquired by the camera device, | The accused product practices enabling a user to control storage (e.g., export, delete, etc. recordings, etc.) of at least a portion of data (e.g., a video recording) acquired by the camera device (e.g., the accused product).<br><br>As shown below, the accused product is a surveillance camera that can be installed at a user's premises, such as Retail stores, hotels, schools and manufacturing industries, etc. It captures video through motion detection and continuous monitoring. It allows a user to access video recordings through the Axis Mobile viewing app. Further, a user can export, delete, etc. portions of the recorded video data. |



https://www.axis.com/products/axis-camera-station-5#support-and-resources

AXIS Camera Station is a video management and access management  software especially developed to fit a wide range of installations. Retail stores, hotels, schools and manufacturing industries are just some of the companies that enjoy full control and protection of their premises and can quickly take care of incidents.

## Powerful and simple to operate

AXIS Camera Station is powerful and easy to use with an intuitive interface so anyone can manage the system, handle incidents and quickly export high-definition evidence. AXIS Camera Station matches our other network video products and features to offer you a complete, flexible, safe and reliable system. To make it easy to get started AXIS Camera Station comes preloaded on our wide range of **network video recorders**.



https://www.axis.com/products/axis-camera-station-5#support-and-resources



https://www.axis.com/products/axis-camera-station-5#support-and-resources



https://www.axis.com/products/axis-camera-station-5#support-and-resources



https://www.axis.com/products/axis-camera-station-5#support-and-resources

## Protecting privacy – easily mask people and objects

Tools for protection of privacy are core functions of a Video Management Software. Sometimes you may need to mask objects and innocent bystanders in video to comply with regulations. **Using video redaction** in AXIS Camera Station you can easily clean video when exporting. With **AXIS Live Privacy Shield** you can monitor live activities without collecting any personal data.



https://www.axis.com/products/axis-camera-station-5#support-and-resources

## About the cloud storage

AXIS Camera Station Cloud Storage is an add-on service complementing AXIS Camera Station Edge and AXIS Camera Station Pro installations, offering the ability to safely store and manage your video recordings in the cloud.

## Get started

Before you start, make sure you meet these requirements:

- You have AXIS Camera Station Pro or Edge set up on your system.
- Your network provides internet access and is configured with a DNS server so the cameras can connect online.
- Your AXIS Camera Station Pro server or devices in AXIS Camera Station Edge are registered to connected services.
- Your cameras run AXIS OS 11.11.73 or later. Find out which products are compatible on our Product compatibility page.

https://help.axis.com/en-us/axis-camera-station-cloud-storage

| | |
|---|---|
| (2) selectively invite one or more individuals to access the stored at least the portion of camera captured information via the wide area network, and<br><br>Col 40: lines 53-59<br><br>*File sharing service of the present disclosure in an exemplary embodiment allows users to share files, for example, pictures, music, videos, documents, presentations, grocery list, bookmarks, etc., with friends and* | The accused product practices selectively inviting one or more individuals (e.g., other users for roles such as service administrator, operator, etc) to access the stored at least the portion of camera captured information (e.g., video recordings captured using the accused product) via the wide area network (e.g., internet).<br><br>As shown below, the accused product is a surveillance camera that can be installed at a user's premises, such as Retail stores, hotels, schools and manufacturing industries, etc. It captures video through motion detection and continuous monitoring. It allows users to invite other users using the Axis Mobile viewing app to access the video recordings captured by the accused product. The app provides invitation code that grant authorized access to the stored recordings over the internet. Further, the app allows the admin to assign selective access permissions that determine the level of access granted to each invited individual. |

| | |
|---|---|
| *family members or other users. The files can be shared with user's "buddy list" or other contacts maintained at the gateway appliance at a premise such as the home.* |

https://www.axis.com/products/axis-camera-station-5#support-and-resources

As shown below, the Axis Mobile viewing app allows admin to send invitation code providing authorized access to users. The exemplary steps for inviting a user include, adding the user to provide authorized access as an Operator and Viewer. |

**Organizations**

The organization is at the center of your cloud services.

- It connects your AXIS Camera Station 5 system to the users of the different cloud services.

- It activates the cloud-based system health monitoring. For more information, see Setup AXIS System Health Monitoring Cloud Service.

- It defines the different user roles, for example, service administrator and operator.

- You can structure an organization into folders that, for example, represent systems located on different sites. To create an organization, you need a My Axis account. See my.axis.com.

https://help.axis.com/en-us/axis-camera-station-5#connect-to-an-axis-camera-station-server

**Invite a user to an organization**

1. Go to **Configuration > System Health Monitoring > Settings**.

2. Click **Open AXIS System Health Monitoring Cloud Service**.

3. Select the organization you want to invite the user to.

4. Open the user settings and click ⚙ **Manage organizations**.

5. Open the **Users** tab.

6. Click **Generate**.

7. Copy the invitation code and send it to the user you want to invite.

https://help.axis.com/en-us/axis-camera-station-5#connect-to-an-axis-camera-station-server



https://youtu.be/8Jx_zIrpWZk



https://youtu.be/8Jx_zIrpWZk



https://youtu.be/8Jx_zIrpWZk

| (3) control secured access to the stored at least the portion of camera captured information by the | The accused product practices controlling secured access (e.g., authorized access) to the stored at least the portion of camera captured information (e.g., video recordings captured using the accused product) by the invited one or more individuals that have been authenticated (e.g., authorized users, etc.).

As shown below, the accused product is a surveillance camera that can be installed at a user's |

| | |
|---|---|
| invited one or more individuals that have been authenticated.<br><br>**Col 40: lines 53-59**<br><br>_File sharing service of the present disclosure in an exemplary embodiment allows users to share files, for example, pictures, music, videos, documents, presentations, grocery list, bookmarks, etc., with friends and family members or other users. The files can be shared with user's "buddy list" or other contacts_ | premises, such as Retail stores, hotels, schools and manufacturing industries, etc. It captures video through motion detection and continuous monitoring. It allows users to invite other users using the Axis Mobile viewing app to access the video recordings captured by the accused product. The app provides invitation code that grant authorized access to the stored recordings over the internet. Further, the app allows the admin to assign selective access permissions that determine the level of access granted to each invited individual.<br><br><br><br>https://www.axis.com/products/axis-camera-station-5#support-and-resources |

| | |
|---|---|
| *maintained at the gateway appliance at a premise such as the home.* | **Organizations**<br><br>The organization is at the center of your cloud services.<br><br>● It connects your AXIS Camera Station 5 system to the users of the different cloud services.<br><br>● It activates the cloud-based system health monitoring. For more information, see Setup AXIS System Health Monitoring Cloud Service.<br><br>● It defines the different user roles, for example, service administrator and operator.<br><br>● You can structure an organization into folders that, for example, represent systems located on different sites. To create an organization, you need a My Axis account. See my.axis.com.<br><br>https://help.axis.com/en-us/axis-camera-station-5#connect-to-an-axis-camera-station-server<br><br>As shown below, the exemplary steps for inviting a user include, adding the user to provide authorized access as an Operator and Viewer. |

**Invite a user to an organization**

1. Go to **Configuration** > **System Health Monitoring** > **Settings**.

2. Click **Open AXIS System Health Monitoring Cloud Service**.

3. Select the organization you want to invite the user to.

4. Open the user settings and click ⚙ **Manage organizations**.

5. Open the **Users** tab.

6. Click **Generate**.

7. Copy the invitation code and send it to the user you want to invite.

https://help.axis.com/en-us/axis-camera-station-5#connect-to-an-axis-camera-station-server

As shown below, the Axis Mobile viewing app provides authorized access of portion of camera captured information such as recordings and live video to Operator and only live video to Viewer after accepting the invitation.



https://youtu.be/8Jx_zIrpWZk



https://youtu.be/8Jx_zIrpWZk



https://youtu.be/8Jx_zIrpWZk